# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| SEAN ALEX ROUNDTREE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No.   08-01-P-S |
| | ) | |
| FRYEBURG ACADEMY, *et al*, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 42) filed June 5, 2008, the Recommended Decision is **AFFIRMED**.  Accordingly, it is **ORDERED** as follows:

1. The Motion to Dismiss brought by Defendants Fryeburg Academy Teachers Association and James St. Pierre (Docket No. 14) is **GRANTED**.

2. The Motion for Summary Judgment filed by Plaintiff against all Defendants (Docket No. 17) is **DENIED.**

3. The Motion to Dismiss filed by Defendants Fryeburg Academy, Fryeburg Academy Board of Trustees, Daniel G. Lee, and David B. Studevant (Docket No. 10) is **GRANTED IN PART AND DENIED IN PART,** dismissing all claims against all of the named defendants except for the claims brought pursuant to 42 U.S.C. § 1981.

4. The Motion for Summary Judgment filed by Plaintiff (Docket No. 39) is **STRICKEN** as duplicative not authorized under Local Rule 56.  Thus, the Motion to Strike filed by Defendants (Docket No. 40) is **GRANTED**.

5. The Motion for Summary Judgment filed by Plaintiff (Docket No. 23) is

   **DENIED**.


                                            _/s/ George Z. Singal___
                                            Chief United States District Judge

Dated this 25th day of June, 2008.